# UNITED STATES DISTRICT COURT

DISTRICT OF     NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> V. <br> EMMANUEL GALANG ACOSTA, M.D. | **ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL** <br><br> CASE NUMBER:    2:12-mj-0571-PAL <br><br> CHARGING DISTRICTS <br> CASE NUMBER:    7:12-cr-11-ART |

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the  Eastern  District of  Kentucky at Pikeville ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the  (Not Applicable) 
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)  As ordered  on  As ordered .
*Date and Time*

_____
*Signature of Judge*

| | |
|---|---|
| 8/17/2012 | PEGGY A. LEEN, United States Magistrate Judge |
| *Date* | *Name and Title of Judge* |